SCANNED

DATE: 1-20-04

BY: [signature]

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 JAN 20 P 3:13
U.S. DISTRICT COURT
DISTRICT OF MASS.

Duran Irven, Pro Se,
   Plaintiffs

v.

Andrea Cabrawl, et al.,
   Defendants.

C.A. No. 04-10033-REK

04-10295

DECLARATION IN SUPPORT OF
REQUEST TO PROCEED
IN FORMA PAUPERIS

I, Mr. Duran Irven, I am the petitioner in the above entitled matter. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress.

I declare that the responses which I have made in the Request for leave to proceed in forma Pauperis are true.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of January, 2004.

Mr. Duran Irven, Pro Se