SCANNED
DATE: 1-20-04
BY: [signature]

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JAN 20 P 3:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. NO. 04-10033-REK

04-10295-WGY

DURAN IRVEN, Pro Se,
    Plaintiff,

v.

ANDREA CABRAWL, MARIE LOCKHART,
MARY MASTROKELLE,
    Defendants

AFFIDAVIT IN SUPPORT OF
CLASS ACTION

1. Mr. Duran Irvin #0302532 (2)
2. Mr. Andre Green
3. [illegible] Philip Rose #0302656 (9)
4. Larry [illegible] #0304616 (1)
5. WILLIAM MELLON 0304685 (1)
6. Dempsey Smith 0301741 (1)
7. [illegible] Harris 0304346
8. Ty Michael 0301772
9. AMAURY Peralta 0301073
10. JOSEPH Giannini 0300922
11. Chris [illegible] 304490
12. Christopher Trapan 0304605
13. Lawrence Hill
14. [illegible]
15. Mickey Williams 0202337
16. [illegible] Turney #0300154
17. Ron [illegible] 0300040
18. Patrick [illegible] 0304922
19. Carl Davis 0304875
20. Antone [illegible] 305077
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.