Dear Clerk,

    Dated: 3/1/04

    The plaintiff filed a Request to the Clerk of Court during the Implementation of said Complaint C.A. NO 1:04-CV-10295 (WGY). That the Court send me a copy of the Original Complaint, due to the Inadequate Legal Assurance of said Institution.

    Thank you.

    Sincerely,

    Mr. Duran Price

Mr. Duran Ervin Price
20 Bradston St.
Boston, Ma. 02118