Clerk of Court

United States District Court

United States Courthouse

1 Courthouse Way, Suite 2500

Boston, Ma. 02210                    Dated: 3/16/04


IRVIN V. CABRAL, et al
C.A.NO. 1:04-CV-10295 WGY


Dear Clerk;

      I am the (Pro Se) plaintiff in The above-
entitled matter, in which was Filed with The Court
on January 20, of 2004.

      Due to The institutions Policy,
Inmates are not allowed to receive a ledger sheet
from The Facility's Treasurers office, unless Their is
an order from The Judge ordering such release. And
Thus, have forced The plaintiff To send To The Court
instead copies of Commosery slips of purchases which
provides an Financial balance.


Sincerely,
mr. Duron Irvin (Pro Se),
mr. Duron J. Irvin (Pro Se)