Transaction Detail for
11080 IRVING, DURAN

| Date | Transaction | | Amount |
|---|---|---|---|
| 07/15/2002 | PROPERTY | PROPERTY | 166.96 |
| 10/25/2002 | PAF | deposit $5 paf | 5.00 |
| 10/25/2002 | CASH | Cash disbursement | -5.00 |
| 07/17/2003 | VISIT | ERIKA | 140.00 |
| 07/21/2003 | INTER TRF | 11080 N-H | 77.99 |
| 08/11/2003 | VISIT | ERICA G | 25.00 |
| 09/03/2003 | VISIT | ERICA | 60.00 |
| 09/09/2003 | DETAIL | library 8/1-8/31/03 | 30.00 |
| 10/01/2003 | VISIT | ERICA | 10.00 |
| 10/01/2003 | VISIT | ADJUST TRANSACTION 228 TO $100 | 90.00 |
| 10/03/2003 | DETAIL | LIBRARY.9/1-9/30/03 | 18.00 |
| 10/31/2003 | VISIT | ERIKA | 100.00 |
| 11/29/2003 | VISIT | TRAVLERSMO#4330681938 | 60.00 |
| 12/29/2003 | VISIT | SCOTT | 150.00 |
| 02/12/2004 | VISIT | TRAVELERSEXPRESS79539416231 | 50.00 |
| 02/26/2004 | VISIT | TRAVERLERS EXP 43791306339 | 30.00 |
| 03/11/2004 | VISIT | TRAVELERS EXPRESS 79736604761 | 250.00 |
| 04/06/2004 | VISIT | TRAVELERSEXPRESS44675428040 | 100.00 |
| | PURCHASE | Commissary and vending purchases | -1277.33 |
| | | Total: | 80.62 |

_____    _____
(Offender)                 (Officer)

Balance of $ 80.62 has been certified by:

_____   4/15/04

Daniel F. Martini, Director of Budget & Inmate Finance
Suffolk County Sheriff's Department - SCHOC
20 Bradston St, Boston, MA 02118 - (617) 635-1000 ext. 6531