```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


DURAN IRVIN,                    )
                                )
        PLAINTIFF,              )
                                )   Civil Action No. 04-10295-WGY
        v.                      )
                                )
ANDREA CABRAL, ET AL.,          )
                                )
        DEFENDANTS.             )
```

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order of October 27, 2004, it is ORDERED:

    this action is dismissed without prejudice pursuant to Rule 41(b)of the Federal Rules of Civil Procedure.

                                     WILLIAM RUANE
                                     ACTING CLERK OF COURT


Dated: 11/3/04                By /s/ Barbara Morse
                                  Deputy Clerk